**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-2155**

―――――――――――

STEPHEN F. NARDI,

Plaintiff - Appellant,

versus

W. RAYMOND SHOWALTER, JR.; DORIS SHOWALTER;
DAVID BOWMAN, t/a Pro Park, Richmond, VA, t/a
Pro Park, Harrisonburg, VA, d/b/a LLC Limited
Liability Company; ROBERT GRAVES; SCOTT
GRAVES; THOMAS EUBANK; RICK BROWN,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. James H. Michael, Jr., Senior District Judge. (CA-96-12-H)

―――――――――――

Submitted: October 17, 1996          Decided: October 23, 1996

―――――――――――

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Stephen F. Nardi, Appellant Pro Se. Gregory Thomas St. Ours, WHARTON, ALDHIZER & WEAVER, Harrisonburg, Virginia; Holmes Conrad Harrison, III, HARRISON, THUMMA & STARK, Harrisonburg, Virginia, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his copyright infringement action pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Nardi v. Showalter, No. CA-96-12-H (W.D. Va. July 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED